UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARYL LARAY JOHNSON,

    Petitioner

v.

STATE OF IDAHO,

    Respondent

Case No.: 2:20-cv-00812-JAD-DJA

**Order Dismissing Petition**

Petitioner Daryl LaRay Johnson has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241,[1] but he failed to submit an application to proceed *in forma pauperis* or pay the filing fee. As a result, this matter has not been properly commenced.[2] Johnson also states in his petition that he is in custody at the Clark County Detention Center and seeks to challenge his Idaho extradition warrant. But he has an earlier-filed § 2241 petition pending in this court challenging that extradition warrant, making this petition duplicative.[3]

IT IS THEREFORE ORDERED that the Clerk detach and file the petition (ECF No. 1-1).

IT IS FURTHER ORDERED that the petition is **DISMISSED**.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

Dated: May 14, 2020

                                      _____
                                      U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

[3] Case No. 2:20-cv-00476-RFB-VCF.